IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

COREY HERZER,

          Plaintiff,

vs.                                                        CIV CASE NO.: 15-0583 KBM/LF

FRONTIER DRILLING, LLC,

          Defendant.

## ORDER FINDING FLSA WAIVER IN PRIVATE SETTLEMENT AGREEMENT ENFORCEABLE AND DISMISSING CASE WITH PREJUDICE

      This MATTER comes before the Court on Plaintiff Corey Herzer and Defendant Frontier Drilling, LLC's Joint Motion to Dismiss Case with Prejudice [Doc. 30]. The Court, having reviewed the Motion, analyzed the relevant case law, being fully advised as to the premises, and noting that the Motion was jointly made, finds, consistent with the reasoning set forth in *Martin v. Springbreak '83 Productions, LLC*, 688 F.3d 247, 255 (5th Cir. 2012), and *Martinez v. Bohls Equipment Company*, 361 F. Supp. 2d 608 (W.D. Tex. 2005), that the FLSA waiver in the parties' private settlement agreement is enforceable without Court or Department of Labor approval as the claims being waived are part of a settlement of a bona fide dispute as to hours worked and compensation owed.  The Court hereby GRANTS the Motion and ORDERS that Plaintiff's complaint shall be and hereby is dismissed with prejudice.

                                                            */s/ Karen B. Molzen*
                                                     UNITED STATES CHIEF MAGISTRATE JUDGE

**SUBMITTED:**

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:  /s/*Thomas L. Stahl*
       Thomas L. Stahl
P.O. Box 1888
210 Third St. NW, Suite 2200
Albuquerque, NM  87103-1888
Telephone:   (505) 765-5900
Facsimile:    (505) 768-7395
Email:         TStahl@rodey.com
                  MStambaugh@rodey.com

*Attorneys for Defendant Frontier Drilling, LLC*


**APPROVED:**

TUCKER, BURN, YODER & HATFIELD LAW FIRM


By  *Approved by Email on 1/15/16*
Christian Hatfield
105 N. Orchard Avenue
Farmington, New Mexico 87401-6222
Telephone:  (505) 325-7755
Facsimile:  (505) 325-6239
christian@tbylaw.com

*Attorneys for Plaintiff Corey Herzer*